Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 28 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Yolanda Rochelle Flowers
**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Fulton county District Attorneys
office, Marksman security corporation,
Fulton county Sheriff's office, Cousins
properties, Atlanta Police Department + seminah
reed
**Defendant(s)**
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. **1:26-CV-0516**
(to be filled in by the Clerk's Office)

Jury Trial: *(check one)* ☑Yes ☐No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Yolanda Rochelle Flowers |
| Street Address | 564 Foundry St, NW Apt #6 |
| City and County | Atlanta - Fulton county |
| State and Zip Code | Georgia, 30314 |
| Telephone Number | (943-600-8440 |
| E-mail Address | Yolanda.flowers14@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                                        Fani D. Willis

Job or Title *(if known)*                   District Attorney

Street Address                              136 Pryor St, SW Room #300

City and County                             Atlanta - Fulton County

State and Zip Code                          Georgia, 30303

Telephone Number                            (404-612-4991)

E-mail Address *(if known)*


Defendant No. 2

Name                                        Patrick Labat

Job or Title *(if known)*                   Sheriff

Street Address                              185 Central Ave, SW

City and County                             Atlanta - Fulton County

State and Zip Code                          C404-612-66 Georgia, 30303

Telephone Number                            (404-612-6624)

E-mail Address *(if known)*


Defendant No. 3

Name                                        Marksman Security Corporation

Job or Title *(if known)*

Street Address                              1040 Crown Pointe Pkwy Suite 975

City and County                             Atlanta - Fulton County

State and Zip Code                          Georgia, 30338

Telephone Number                            (678-317-3299)

E-mail Address *(if known)*


Defendant No. 4

Name                                        Cousins Properties Inc

Job or Title *(if known)*

Street Address                              3344 Peachtree Rd, NE Suite 1800

City and County                             Atlanta - Fulton County

State and Zip Code                          Georgia, 30326

Telephone Number                            (404-614-6549)

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                              Darin Shcierbaun

Job or Title *(if known)*         Cheif of Police

Street Address                    226 Peachtree St, SW

City and County                   Atlanta - Fulton County

State and Zip Code                Georgia, 30303

Telephone Number                  C404-614-6544)

E-mail Address *(if known)*

Defendant No. 2

Name                              Semman Reed

Job or Title *(if known)*

Street Address                    2144 Rhinehill Rd. SE

City and County                   Atlanta - Fulton County

State and Zip Code                Georgia, 30315

Telephone Number                  C310-754-6879)

E-mail Address *(if known)*       Semmanreed@smail.com

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    [✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Violation of Constitutional Rights*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* Yolanda Rochelle Flowers, is a citizen of the State of *(name)* Georgia.

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* Marksman Security, is incorporated under the laws of the State of *(name)* ~~~~ Florida, and has its principal place of business in the State of *(name)* ~~~~ Florida.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b.    If the defendant is a corporation

The defendant, *(name)* Cousins Properties Inc , is incorporated under the laws of the State of *(name)* Georgia , and has its principal place of business in the State of *(name)* Georgia .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* Georgia .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The Defendants owe me $100,000.00 due to malicious prosecution by withholding evidence of discovery, Abusing authority, and Power, false allegations.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. District Attorney's office in Fulton County denied me access to attend court When arresting officer refused to appear in Court. The other Defendants lied to the Superior court and set me up.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I Yolanda Rochelle Flowers, ask the court to order $100,000.00 for emotional damages involving my Partner Gregory L. Culp fearing for his life. He was forced to stay in a motel across town due to being stalked and harassed by Law Enforcement, Marksman security giving my home address to another security officer/Employee, ect.

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**V.      Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.      For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:       01/28/2026

Signature of Plaintiff

Printed Name of Plaintiff      Yolanda Rochelle Flowers

**B.      For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address